110-08/MM
FREEHILL, HOGAN & MAHAR LLP
80 Pine Street
New York, New York  10005-1759
(212) 425-1900
Mark F. Muller
MM 7985

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
HUGO ROMAN,

                Plaintiff,

    -against-                         **RULE 7.1
                                                      STATEMENT**

WORLD YACHT, INC., and
CIRCLE LINE SIGHTSEEING YACHTS, INC.,      **08 CIVIL 1873
                                                                   (JSR)**

                Defendants.
----------------------------------------x

    Defendants, WORLD YACHT, INC. and CIRCLE LINE SIGHTSEEING YACHTS, INC., through their attorneys, Freehill Hogan & Mahar LLP, certify that they have no corporate parents and that no publicly held corporations own 10% or more of their stock.

Dated: New York, New York
      March 14, 2008

                                       FREEHILL, HOGAN & MAHAR LLP
                                       Attorneys for Defendants

                        BY   _____
                              Mark F. Muller
                              80 Pine Street
                              New York, New York  10005-1759
                              (212) 425-1900
                              **MM 7985**

NYDOCS1/300565.1