STATE OF NEW YORK )
                  ss.
COUNTY OF NEW YORK)

    I, CLARE MAZZA, being sworn, say; I am not a party to the action, am over 18 years of age and have a place of business and office at 80 Pine Street, New York, New York 10005. On March 17, 2008 I served the within DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, INTERROGATORIES AND NOTICE TO PRODUCE being a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO: STEVEN L. BARKAN, ESQ.
    Attorney for Plaintiff
    445 Broad Hollow Road, Suite 25
    Melville, NY 11747
    Tel: 516-358-3688
    Fax: 631-881-0818
    Cell: 917-873-8867

_____
CLARE MAZZA

Sworn to before me on
this 17TH Day of March, 2008

_____
Notary Public

Lisa M. Morales
Notary Public, State of New York
No. 01MO6162004
Qualified in the Bronx
Commission Expires Feb. 26, 2011

NYDOCS1/300538.1