RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
HUGO ROMAN,

                        Plaintiff,      **STIPULATION OF**
                                       **DISCONTINUANCE**

           -against-                  08 CIVIL 1873
                                          (JSR)
WORLD YACHT, INC., and
CIRCLE LINE SIGHTSEEING YACHTS, INC.,

                        Defendants.
----------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the plaintiff and defendants herein, this matter having been settled, this action has been discontinued with prejudice on the merits and without cost to any of the parties.

Dated: New York, New York
       July 31, 2008

                                 STEVEN L. BARKAN, ESQ.
                                 Attorney for Plaintiff

              BY _____
                               STEVEN L. BARKAN
                               445 Broad Hollow Road, Suite 25
                               Melville, NY  11747
                               Tel: 516-358-3688

                               FREEHILL, HOGAN & MAHAR LLP
                               Attorneys for Defendants

                             BY _____
                               Mark F. Muller (MM 7985)
                               80 Pine Street
                               New York, New York  10005-1759
                               (212) 425-1900

NYDOCS1/309734.1

[Signed]
8-20-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-08